# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

**No.** 26-1151     **Short Title:** Pavlovich v. Palmer

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

_____ as the

[✔] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Lane Haygood                                    02/12/2026
Signature                                           Date

Lane A. Haygood
Name

Kamerman, Uncyk, Soniker & Klein, PC                6468456085
Firm Name (if applicable)                           Telephone Number

1700 Broadway, 16th Floor                           4322251062
Address                                             Fax Number

New York, NY 10019                                  lhaygood@kusklaw.com
City, State, Zip Code                               Email (required)

Court of Appeals Bar Number: 1222283

Has this case or any related case previously been on appeal?

[ ] No          [✔] Yes     Court of Appeals No. 25-2754, 7th Circuit

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).