# United States Court of Appeals
## For the First Circuit

_____

### DOCKETING STATEMENT

**No.** 26-1151                **Short Title:** Pavlovich v. Palmer

**Type of Action**

☑ Civil
☐ Criminal/Prisoner
☐ Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from 02/06/2026
   2. Date this notice of appeal filed 02/11/2026
      If cross appeal, date first notice of appeal filed _____
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) n/a
   4. Date of entry of order deciding above post-judgment motion n/a
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) n/a
      Time extended to _____

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits? ☑ Yes ☐ No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)? ☐ Yes ☑ No
         If yes, explain _____
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule? ☐ Yes ☑ No
         If yes, explain _____

C. Has this case previously been appealed? ☐ Yes ☑ No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court? ☐ Yes ☑ No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☐ Yes ☑ No
   If yes, is a transcript necessary for this appeal? ☐ Yes ☑ No
   If yes, is transcript already on file with district court? ☐ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party Amanda Palmer
      Attorney Daniel N. Marx
      Address 24 Federal St., 4th Floor, Boston, MA 02110
      Telephone (857) 321-8360

   2. Adverse party _____
      Attorney _____
      Address _____
      Telephone _____

   3. Adverse party _____
      Attorney _____
      Address _____
      Telephone _____

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name Scarlett Pavlovich
      Address _____
      Telephone _____

      Attorney's name Lane A. Haygood
      Firm Kamerman, Uncyk, Soniker & Klein, PC
      Address 1700 Broadway, 16th Floor, New York, NY 10019
      Telephone 6468456085

   2. Appellant's name _____
      Address _____
      Telephone _____

      Attorney's name _____
      Firm _____
      Address _____
      Telephone _____

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

   Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

   Signature  /s/ Lane Haygood
   Date  02/12/2026

[Print]     [Reset]