# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name: **Scarlett Pavlovich v. Amanda Palmer**
District Court Case No.: **25-10263-NMG**    District of: **Massachusetts**
Date Notice of Appeal filed: **02/11/2026**    Court of Appeals Case No.: **26-1151**
Form filed on behalf of: **Scarlett Pavlovich**

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal  ✔

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary)

## TRANSCRIPT ORDER

Name of Court Reporter: 
Phone Number of Reporter: 

**A.** ☐ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) | |
| ☐ Testimony (specify) | |
| ☐ Other (specify) | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

**B.** ☐ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☐ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name: **Lane A. Haygood**    Filer's Signature: **/s/ Lane Haygood**
Firm/Address: **1700 Broadway, 16th Floor New York, NY 10019**    Filer's Email address: **lhaygood@kusklaw.com**
Telephone number: **6468456085**    Date mailed to court reporter: **n/a**

(Court Reporter Use ONLY) Date received: 

Form CA1-10 (6/09/09)                                       SEE INSTRUCTIONS ON REVERSE