# United States Court of Appeals
## For the First Circuit

No. 26-1151

SCARLETT PAVLOVICH,

Plaintiff - Appellant,

v.

AMANDA PALMER,

Defendant - Appellee.

### ORDER OF COURT

Entered: April 13, 2026
Pursuant to 1st Cir. R. 27.0(d)

The brief filed by appellant Scarlett Pavlovich on March 23, 2026, is not in compliance with the following Federal Rule of Appellate Procedure and Local Rules of this court:

- **1st Cir. R. 28.0(a)(1)**, requiring that the appellant include an addendum in the back of its brief, regardless of whether appellant has filed an appendix. The addendum must contain the judgments, decisions, rulings or orders appealed from, including supporting explanation (<u>e.g.</u>, a written or transcript opinion), and in addition, where the district court or agency whose decision is under review was itself reviewing or acting upon the decision of a lower-level decision-maker, that lower-level decision as well (<u>e.g.</u>, a recommended decision by a magistrate judge or an initial decision by an administrative law judge). ***<u>The appellant's addendum must include the challenged "Final Order of Dismissal" dated February 6, 2026, and the "Memorandum & Order" dated February 6, 2026. In addition, the addendum is required to begin with a table of contents identifying the page where each part begins. See 1st Cir. R. 28.0(b) (requiring table of contents).</u>***

- **Fed. R. App. P. 30 and 1st Cir. R. 30.0**, requiring that the appellant prepare and file an appendix to the briefs. ***<u>The appellant has attached a document labelled "appendix" to the appellant's brief. An appendix is a separate requirement which cannot be attached to the brief and must be filed in accordance with Fed. R. App. P. 30(a)-(b). If the attachment was intended to be an addendum, the table of contents on "p. iv" of the brief needs to be modified and the attachment needs to be correctly identified as an addendum.</u>***

Appellant Scarlett Pavlovic is ordered to file a conforming brief and an appendix by **April**

**20, 2026**. The corrected brief and one copy of the appendix must be served on all parties to the appeal, and the certificate(s) of service must be updated to include the new date of service. The due date for appellee's brief shall run from service of the corrected brief, in accordance with Fed. R. App. P. 31.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Mitchell J. Matorin
Lane Andrew Haygood
William W. Fick
Daniel N. Marx