# United States Court of Appeals
## For the First Circuit

No. 26-1151

SCARLETT PAVLOVICH,

Plaintiff - Appellant,

v.

AMANDA PALMER,

Defendant - Appellee.

**ORDER OF COURT**

Entered: April 27, 2026
Pursuant to 1st Cir. R. 27.0(d)

The brief filed by appellant Scarlett Pavlovich on April 16, 2026, is not in compliance with the following Federal Rule of Appellate Procedure:

- **Fed. R. App. P. 32(a)(2)(A),** requiring that the front cover of the brief contain the number of the case centered at the top. ***The front cover of the appellant's brief does not contain the correct number of this case centered at to the top. The number of this appeal is 26-1151.***

Appellant Scarlett Pavlovic is ordered to file a conforming brief by **May 4, 2026**. The corrected brief must be served on all parties to the appeal, and the certificate of service must be updated to include the new date of service. The due date for appellee's brief shall run from service of the corrected brief, in accordance with Fed. R. App. P. 31.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Mitchell J. Matorin
Lane Andrew Haygood
William W. Fick
Daniel N. Marx