# CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and 1st Cir. R. 26.1, Plaintiff-Appellant Scarlett

Pavlovich is an individual. No corporate disclosure statement is required.