UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 26-1151

SCARLETT PAVLOVICH,
*Plaintiff-Appellant,*

v.

AMANDA PALMER,
*Defendant-Appellee.*

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF

Defendant-Appellee Amanda Palmer requests a 60-day extension of time in which to file her brief from May 28, 2026, through and including July 28, 2026. In support of this motion, undersigned counsel states the following:

1.     On February 6, 2026, the District Court allowed Ms. Palmer's motion to dismiss Plaintiff-Appellant Scarlett Pavlovich's complaint, which concerns alleged conduct in New Zealand, on the basis of *forum non conveniens*, and it issued an order of dismissal.

2.     On February 11, 2026, Ms. Pavlovich filed her notice of appeal.

3.     On April 28, 2026, Ms. Pavlovich filed her brief and appendix.

4.     The current briefing schedule requires Ms. Palmer to file her brief by May 28, 2026.

5.     In addition to other professional commitments, undersigned counsel is co-lead counsel for the defendant in *United States v. Humad*, No. 1:21-cv-10256-IT

1

(D. Mass.), a criminal healthcare-fraud case with trial scheduled to begin on May 11, 2026, and to continue for three weeks, and also for the defendant in *United States v. Sadeghi*, 1:24-cr-10391-IT (D. Mass.), a criminal export-violation case with trial scheduled to begin on June 22, 2026, and to continue for at least two weeks.

6.    Accordingly, an extension of time is needed for undersigned counsel to analyze Ms. Pavlovich's brief, to confer with Ms. Palmer, and to draft her brief.

7.    A parallel appeal is pending in the U.S. Court of Appeals for the Seventh Circuit, where Ms. Pavlovich appealed from the dismissal of her related complaint against Ms. Palmer's ex-husband based on the same alleged events in New Zealand. *See Pavlovich v. Gaiman*, No. 25-2754 (7th Cir.). The parties have briefed that appeal, and the panel heard argument on April 8, 2026, but it has not yet issued its decision.

8.    This motion is the first request for an extension of the deadline for Ms. Palmer to file her brief.

9.    Undersigned counsel conferred with Ms. Pavlovich's counsel concerning this motion, and according to her counsel, Ms. Pavlovich opposes the relief sought.

Respectfully submitted,

**AMANDA PALMER**

By her attorney,

*/s/ Daniel N. Marx*

Daniel N. Marx (#1150876)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA  02110
(857) 321-8360
*dmarx@fickmarx.com*

Dated: May 1, 2026

2

## CERTIFICATE OF SERVICE

I, Daniel Marx, counsel for Defendant-Appellee Amanda Palmer certify that on May 1, 2026, this document has been filed through the ECF system and will be sent electronically to the counsel for Plaintiff-Appellant Scarlett Pavlovich.

/s/ Daniel N. Marx
Daniel N. Marx